No. 817, Misc. FRYE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 826, Misc. SMITH *v.* ILLINOIS ET AL. Cir. Ct., Edgar County, Ill. Certiorari denied.

No. 840, Misc. MARION ET AL. *v.* CITY OF LANDER, WYOMING, ET AL. Sup. Ct. Wyo. Certiorari denied. *John J. Spriggs, Sr.,* and *John J. Spriggs, Jr.,* for petitioners. *Thomas A. Nicholas* and *W. J. Nicholas* for respondents.

No. 846, Misc. DULACY *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. *Robert A. Cohen* for petitioner.

No. 847, Misc. GEORGE *v.* RANDOLPH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 855, Misc. BURNS *v.* CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 566, Misc. RALPH *v.* PEPERSACK, WARDEN. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Edward L. Genn* and *Lawrence Speiser* for petitioner. *Thomas B. Finan,* Attorney General of Maryland, and *Robert F. Sweeney,* Assistant Attorney General, for respondent.

No. 291, Misc. CANTU *v.* UNITED STATES. C. A. 5th Cir. Certiorari and other relief denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.